

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-21-00047-CV

———————————————

JOE ERVIN LOCKRIDGE, Appellant

V.

STEPHANIE MARTIN, Appellee

On Appeal from the 431st District Court
Denton County, Texas
Trial Court No. 20-7122-431

Before Sudderth, C.J.; Kerr and Walker, JJ.
Memorandum Opinion by Justice Walker

**MEMORANDUM OPINION**

Appellant Joe Ervin Lockridge attempts to appeal from the trial court's order granting appellee Stephanie Martin's motion to transfer venue. Because we do not have jurisdiction over Lockridge's attempted appeal, we dismiss.

Lockridge filed suit against, among others, Martin in her official capacity as a Dallas County assistant district attorney, raising multiple tort claims. Martin moved to transfer venue of Lockridge's claims against her to Dallas County because his claims were against a governmental entity—an assistant district attorney in her official capacity—setting mandatory venue in Dallas County. *See* Tex. Civ. Prac. & Rem. Code Ann. § 15.015. The trial court granted the motion to transfer venue. Lockridge filed a notice of appeal from the order.

We have jurisdiction to consider appeals only from final judgments or from interlocutory orders made immediately appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). The trial court's venue order was not a final judgment, and a ruling on a motion to transfer venue is not subject to interlocutory appeal.[1] *See* Tex. R. Civ. P. 87(6).

We notified Lockridge that we questioned our jurisdiction over his appeal and gave him an opportunity to show grounds to continue it. *See* Tex. R. App. P. 42.3,

---

[1]Lockridge's suit does not involve multiple plaintiffs, which would permit an interlocutory appeal under certain circumstances. *See* Tex. Civ. Prac. & Rem. Code Ann. § 15.003(b).

2

44.3.  Lockridge responded but did not establish jurisdictional grounds supporting his appeal.  Accordingly, we dismiss Lockridge's appeal for want of jurisdiction.  *See* Tex. R. App. P. 42.3(a), 43.2(f).

/s/ Brian Walker
Brian Walker
Justice

Delivered:  April 15, 2021